**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **BARBARA J. AUSTIN, et al.** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 2:06-CV-357** |
| | § | |
| **BECTON DICKINSON AND** | § | |
| **COMPANY, INC., et al.** | § | |

**ORDER**

The above entitled and numbered civil action has been referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The Memorandum Opinion and Order (Doc. No. 155) containing the Magistrate Judge's rulings on Docket Nos. 39, 50, 108, and 112 has been presented for consideration.  Defendant Becton Dickinson and Company, Inc. has appealed (Doc. No. 160) the conclusions contained in the Memorandum Opinion and Order; however the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby overrules Defendant's appeals and adopts the Memorandum Opinion and Order of the United States Magistrate Judge as the Opinion and Order of this Court.

**So ORDERED and SIGNED this 22nd day of August, 2007.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**